# Exhibit 2

| US10749620 | LiveMe ("The accused instrumentality") |
|---|---|
| 1. A server device that communicates with a user device associated with a user, where the user device receives content information that describes content that is broadcasted by an entity server, the server device comprising:<br><br>**<u>Col 25, 26: lines 62-67, 1:</u>**<br><br>*Station profile **800** may store previous <u>content information **803** c, which may identify content that has been broadcasted by broadcast station **150**. For example, previous content information **803** c may include a content name, artist, author, date, start time, end time, duration, previous</u>* | The accused instrumentality discloses a server device (e.g., server of the accused instrumentality) that communicates with a user device (e.g., user device such as smartphone, laptop, etc. enabled with the accused instrumentality) associated with a user, where the user device (e.g., user device such as smartphone, laptop, etc. enabled with the accused instrumentality) receives content information (e.g., content information such as artist, channel name, fans, following, etc.) that describes content (e.g., livestream or video call content) that is broadcasted by an entity server (e.g., entity server such as LiveMe Video Call broadcaster, LIVEME HOT LIVE broadcaster, etc.).<br><br>As shown below, the accused instrumentality is a live streaming and social platform that provides live and video call content to users. When a user device enabled with the accused instrumentality sends a request to join a livestream or a video call, the server of the accused instrumentality identifies whether the content belongs to the LiveMe Video Call profile or the LIVEME HOT LIVE profile. Based on this, the corresponding broadcaster, such as the LiveMe Video Call broadcaster or the LIVEME HOT LIVE broadcaster, broadcasts the livestream content or video call content to the user device, thereby enabling the user to access and join the livestream or video call. The livestream or video call content includes content information such as artist, channel name, fans, following, etc. associated with it. |

| | |
|---|---|
| *schedule, show, etc. and/or any other information associated with content that has been broadcasted by broadcast station 150.* | <br><br>https://www.liveme.com/<br><br>**The Ultimate Platform for Live Streaming, 1v1 Cam Chat & Random Video Calls**<br><br>https://www.liveme.com/ |



https://apps.apple.com/us/app/liveme-live-stream-video-chat/id1089836344



user device

https://apps.apple.com/us/app/liveme-live-stream-video-chat/id1089836344



https://www.liveme.com/1v1chat

https://www.liveme.com/1v1chat



https://www.liveme.com/livehot



https://www.liveme.com/livehot

| one or more processors executing instructions to: receive, from the user device, a request for a copy of the content, the request including a first identifier associated with | The accused instrumentality discloses one or more processors (e.g., processor of the accused instrumentality server) executing instructions to: receive, from the user device (e.g., user device enabled with the accused instrumentality), a request (e.g., request to join the livestream or video call content) for a copy of the content (e.g., livestream or video call content), the request (e.g., request to join a livestream or video call content) including a first identifier (e.g., artist name, channel name, fans, following, etc.) associated with the content (e.g., livestream or video call content), information (e.g., user |

| | |
|---|---|
| the content, information associated with the user device, and information associated with the entity server; | name, email address, login credentials, a type of user subscription, etc.) associated with the user device (e.g., user device enabled with the accused instrumentality), and information (e.g., entity server name such as LiveMe Video Call, LIVEME HOT LIVE, etc.) associated with the entity server (e.g., entity server such as LiveMe Video Call broadcaster, LIVEME HOT LIVE broadcaster, etc.). |
| **Col 27: lines 56-65:**<br><br>*Capture button 904 may enable a user to capture content. For example, in the event that a user desires to capture the content being broadcast (e.g., John Doe's Love Song, as in FIG. 9), a user may select capture button 904 (e.g. a single button), which may cause user device 110 to send a request for content to application server 160. As further described below, user device 110 may receive an identifier, a key, and/or authorization associated with the* | As shown below, the accused instrumentality is a live streaming and social platform that provides live and video call content to users. When a user device enabled with the accused instrumentality performs login and sends a request to join a livestream or video call by clicking the 'Video Call' button or 'click to enter the live broadcast' button, the processor of the accused instrumentality server receives a request from a user device enabled with the accused instrumentality to access video content from LIVEME HOT LIVE, LiveMe Video Call, etc. The request includes information associated with livestream or video call content, such as the artist name, channel name, fans, following, etc., information associated with the user device, such as the user name, email address, login credentials, and type of user subscription; and information associated with the entity server, such as the entity server name such as LIVEME HOT LIVE, LiveMe Video Call, etc. |

| | |
|---|---|
| *content (enable user device 110 to access and play the content)* and/or a copy of the content such that it is available to the user.<br><br>**Col 16: lines 37-48:**<br><br>User profile module **511** may enable application server **160** to create and/or maintain a profile associated with a user and/or user device **110** (hereinafter, "user profile") from which information associated with a user, user device **110**, content, and/or ad content, may be received. *Such a user profile may include user information (e.g., a name of user, an address of the user, a user email address, a sim URI, etc.),* | <br><br>https://apps.apple.com/us/app/liveme-live-stream-video-chat/id1089836344 |

| | |
|---|---|
| *information associated with user device 110 (e.g., a network address, Internet Protocol (IP) address, a mobile directory number, an electronic serial number, etc.), an account number, a type of user subscription, etc. as further described herein.* |  |

**Col 25, 26: lines 62-67, 1:**

*Station profile 800 may store previous content information 803c, which may identify content that has been broadcasted by broadcast station 150. For example, previous content information 803c may include a content name, artist, author, date, start time, end time, duration, previous*

https://www.liveme.com/1v1chat



a request for a copy of the content

https://www.liveme.com/1v1chat

| | |
|---|---|
| *schedule, show, etc. and/or any other information associated with content that has been broadcasted by broadcast station 150.*<br><br>**Col 20: lines 30-36:**<br><br>*Station server 120 may also, or alternatively, provide information associated with the station (e.g., name, station frequency, address, broadcast area, genre, etc.) and/or station server 120 (e.g., an IP address, MAC address, uniform resource locator (URL), an electronic serial number (ESN), etc.) to application server 160.* | <br>https://www.liveme.com/1v1chat<br><br><br>https://www.liveme.com/livehot |



https://www.liveme.com/livehot



LiveMe Subscription Plans – Exclusive Perks and Features
Me+ Membership
 Weekly: $4.99
 Monthly: $17.99
 Quarterly: $44.99
Me+ Gold Premium Membership
 Weekly: $9.99
 Monthly: $34.99
 Quarterly: $89.99

# LiveMe Subscriptions – Unlock Exclusive Perks
LiveMe Gold Subscription
Showcase your unique style with NFT-powered avatars and exclusive hexagon frames!
Subscription Fee: $2.99/month
LiveMe Creator Subscription
Support your favorite creators and enjoy exclusive perks:
Access premium content and closer interactions for just $4.99/month.
Manage or cancel subscriptions anytime through your app store settings.
https://www.liveme.com/protocol/terms.html

information associated with the user device

https://apps.apple.com/us/app/liveme-live-stream-video-chat/id1089836344



https://www.liveme.com/



information associated with the user device

https://www.liveme.com/

LiveMe (referred to as "Company," "we," "us," or "our") are committed to safeguarding the personal information it collects when you use our website at www.liveme.com (the "Site"), mobile applications that hyperlink to this Policy (the "Apps") and together, the "Services". This Privacy Policy describes our personal data handling practices in relation to the Services. If you have any questions about this Policy, please contact us at service.global@liveme.com, with a copy to: legal@liveme.com.

https://www.liveme.com/protocol/privacy.html

### 3. Information Collected

In this Policy, the term "Personal Information" includes any information that identifies or makes an individual identifiable. Our primary purpose in collecting your personal information is to optimize and enhance your LiveMe experience. Please do not share special categories of personal information when using our Services. Examples of "special categories of personal information" include information related to racial or ethnic origin, political opinions, religious or physiological beliefs, health, biometrics or genetic characteristics, criminal background or trade union membership or data concerning data subject's sex life or sexual orientation.

When you access or use our Services, we may generally collect the personal information described below.

1. **Information you provide us directly:**

2. **Registration Information and Profiles.** LiveMe will allow you, the end user, to use your email address or a third party platform account to register in the Services and create an account. When you create an account, we may collect the personal information you provide to LiveMe, such as your name, gender, date of birth, username, password, email address, picture, or phone number and so on. We also collect the information from the third party account which can be used to identify you.

3. **User Content.** We collect the content, communications and other information you provide when you use our Services, including when you create, post or share your photo, voice, videos, messages or communications in our Services, whether displayed publicly or not. Your posted content is still under your control after you post, and you can choose whether you want to continue to post, display or delete such materials.

https://www.liveme.com/protocol/privacy.html

8. **Information we automatically collect about you:**

9. **Activity Data.** We collect information about your use of the Services through third-party analytics tools. These tools collect information sent by your device or our Services, including the web pages you visit, add-ons, and other information that assists us in improving the Service. We anonymize or aggregate such information so that it cannot be used to identify any individual User.

10. **Device Information.** When you use a mobile device (e.g., a tablet or smartphone) to access our Services, we may access, collect, monitor, store on your device, and/or remotely store one or more \"device identifiers.\" Device identifiers are small data files or similar data structures stored on or associated with your mobile device, which uniquely identify your mobile device. A device identifier may be data stored in connection with the device hardware, data stored in connection with the device's operating system or other software, or data sent to the device by LiveMe. A device identifier may deliver information to us or to a third party partner about how you browse and use the Service and may help us or others provide reports or personalized content and ads. Some features of the Service may not function properly if use or availability of device identifiers is impaired or disabled.

h

ttps://www.liveme.com/protocol/privacy.html

    If you choose to use the Services or provide your information to us, your personal information may be transferred to, processed and maintained on servers or databases located outside of the country or jurisdiction where you are located. Such countries or jurisdictions may have data protection laws that are less protective than the laws of the jurisdiction in which you reside. If you do not want your information transferred to or processed or maintained outside of the country or jurisdiction where you are located, you should not use the Services.

https://www.liveme.com/protocol/privacy.html

<table>
<tr>
<td></td>
<td>We will try to limit the storage of your personal information to the time necessary to serve the purpose(s) for which your personal information is processed, to enforce our agreements, policies or terms, to resolve disputes, or as otherwise required or permitted by law. Please contact us if you have any questions about our retention periods. While retention requirements can vary by country, we generally apply the retention periods noted below.

**Marketing.** We store information used for marketing purposes indefinitely until you unsubscribe. Once you unsubscribe from marketing communications, we add your contact information to our suppression list to ensure we respect your unsubscribe request.

**Activity Data.** We may store any information about your interactions on our Services or any content created, posted or shared by you on our Services (e.g. videos, comments, support tickets, and other content) indefinitely after the closure of your account for the establishment or defense against legal claims, audit and crime prevention purposes.

https://www.liveme.com/protocol/privacy.html</td>
</tr>
<tr>
<td>obtain a user profile associated with the user device by matching the information associated with the user device to first information stored in the user profile;

Col 16: lines 37-48:

*User profile module 511 may enable application server 160 to* <u>*create and/or maintain a profile associated with a user and/or user*</u></td>
<td>The accused instrumentality discloses obtaining a user profile (e.g., user account profile), associated with the user device (e.g., user device enabled with the accused instrumentality), by matching the information (e.g., user name, email address, login credentials, a type of user subscription, etc.) associated with the user device (e.g., user device enabled with the accused instrumentality) to first information (e.g., user name, email address, login credentials, a type of user subscription, etc.) stored in the user profile (e.g., user account profile).

As shown below, the accused instrumentality is a live streaming and social platform that provides live and video call content to users. A user can create an account on the accused instrumentality and select a type of subscription, such as weekly, monthly, or quarterly. When a user device enabled with the accused instrumentality performs login and sends a request to the server to join a livestream or video call, the processor of the accused instrumentality server obtains a user profile associated with the user device by matching the information associated with the user device such as the username, email address, login credentials, subscription type, etc. with the information stored in the user profile to</td>
</tr>
</table>

| | |
|---|---|
| *device 110 (hereinafter, "user profile") from which information associated with a user, user device 110, content, and/or ad content, may be received. Such a user profile may include user information (e.g., a name of user, an address of the user, a user email address, a sim URI, etc.), information associated with user device 110 (e.g., a network address, Internet Protocol (IP) address, a mobile directory number, an electronic serial number, etc.), an account number, a type of user subscription, etc. as further described herein.* | authorize access to a livestream or video call content.  https://apps.apple.com/us/app/liveme-live-stream-video-chat/id1089836344 |

LiveMe Subscription Plans – Exclusive Perks and Features
Me+ Membership
 Weekly: $4.99
 Monthly: $17.99
 Quarterly: $44.99
Me+ Gold Premium Membership
 Weekly: $9.99
 Monthly: $34.99
 Quarterly: $89.99

# LiveMe Subscriptions – Unlock Exclusive Perks
LiveMe Gold Subscription
Showcase your unique style with NFT-powered avatars and exclusive hexagon frames!
Subscription Fee: $2.99/month
LiveMe Creator Subscription
Support your favorite creators and enjoy exclusive perks:
Access premium content and closer interactions for just $4.99/month.
Manage or cancel subscriptions anytime through your app store settings.
https://www.liveme.com/protocol/terms.html

https://apps.apple.com/us/app/liveme-live-stream-video-chat/id1089836344



https://www.liveme.com/



https://www.liveme.com/



https://www.youtube.com/watch?v=6HtzZC125Cg



https://www.youtube.com/watch?v=6HtzZC125Cg

LiveMe (referred to as "Company," "we," "us," or "our") are committed to safeguarding the personal information it collects when you use our website at www.liveme.com (the "Site"), mobile applications that hyperlink to this Policy (the "Apps") and together, the "Services". This Privacy Policy describes our personal data handling practices in relation to the Services. If you have any questions about this Policy, please contact us at service.global@liveme.com, with a copy to: legal@liveme.com.

https://www.liveme.com/protocol/privacy.html

**3. Information Collected**

In this Policy, the term "Personal Information" includes any information that identifies or makes an individual identifiable. Our primary purpose in collecting your personal information is to optimize and enhance your LiveMe experience. Please do not share special categories of personal information when using our Services. Examples of "special categories of personal information" include information related to racial or ethnic origin, political opinions, religious or physiological beliefs, health, biometrics or genetic characteristics, criminal background or trade union membership or data concerning data subject's sex life or sexual orientation.

When you access or use our Services, we may generally collect the personal information described below.

1. **Information you provide us directly:**

2. **Registration Information and Profiles.** LiveMe will allow you, the end user, to use your email address or a third party platform account to register in the Services and create an account. When you create an account, we may collect the personal information you provide to LiveMe, such as your name, gender, date of birth, username, password, email address, picture, or phone number and so on. We also collect the information from the third party account which can be used to identify you.

3. **User Content.** We collect the content, communications and other information you provide when you use our Services, including when you create, post or share your photo, voice, videos, messages or communications in our Services, whether displayed publicly or not. Your posted content is still under your control after you post, and you can choose whether you want to continue to post, display or delete such materials.

https://www.liveme.com/protocol/privacy.html

| | |
|---|---|
| | If you choose to use the Services or provide your information to us, your personal information may be transferred to, processed and maintained on servers or databases located outside of the country or jurisdiction where you are located. Such countries or jurisdictions may have data protection laws that are less protective than the laws of the jurisdiction in which you reside. If you do not want your information transferred to or processed or maintained outside of the country or jurisdiction where you are located, you should not use the Services.<br><br>https://www.liveme.com/protocol/privacy.html<br><br>We will try to limit the storage of your personal information to the time necessary to serve the purpose(s) for which your personal information is processed, to enforce our agreements, policies or terms, to resolve disputes, or as otherwise required or permitted by law. Please contact us if you have any questions about our retention periods. While retention requirements can vary by country, we generally apply the retention periods noted below.<br><br>**Marketing.** We store information used for marketing purposes indefinitely until you unsubscribe. Once you unsubscribe from marketing communications, we add your contact information to our suppression list to ensure we respect your unsubscribe request.<br><br>**Activity Data.** We may store any information about your interactions on our Services or any content created, posted or shared by you on our Services (e.g. videos, comments, support tickets, and other content) indefinitely after the closure of your account for the establishment or defense against legal claims, audit and crime prevention purposes.<br><br>https://www.liveme.com/protocol/privacy.html |
| obtain an entity profile, associated with the entity server, by matching the information associated with the entity server to second information stored in the entity profile; | The accused instrumentality discloses obtaining an entity profile (e.g., LiveMe Video Call profile, LIVEME HOT LIVE profile, etc.), associated with the entity server (e.g., entity server such as LiveMe Video Call broadcaster, LIVEME HOT LIVE broadcaster, etc.), by matching the information (e.g., entity server name such as LiveMe Video Call, LIVEME HOT LIVE, etc.) associated with the entity server (e.g., entity server such as LiveMe Video Call broadcaster, LIVEME HOT LIVE broadcaster, etc.) to second information (e.g., entity server name such as LiveMe Video Call, LIVEME HOT LIVE, etc.) stored in the entity profile (e.g., LiveMe Video Call profile, LIVEME HOT LIVE profile, etc.). |

| Col 20: lines 30-36: | As shown below, the accused instrumentality is a live streaming and social platform that provides live and video call content to users. When a user device enabled with the accused instrumentality performs login and sends a request to join a livestream or video call, the processor of the accused instrumentality server receives information about the entity server associated with the requested content such as entity server name such as LiveMe Video Call, LIVEME HOT LIVE, etc., it then matches this information to the information (entity server name) stored in the entity profile to obtain the entity profile for the request content, such as the LiveMe Video Call profile or the LIVEME HOT LIVE profile. |
|---|---|
| *Station server **120** may also, or alternatively, provide information associated with the station (e.g., name, station frequency, address, broadcast area, genre, etc.) and/or station server **120** (e.g., an IP address, MAC address, uniform resource locator (URL), an electronic serial number (ESN), etc.) to application server **160**.* | For example, if the requested content is a livestream content, the accused instrumentality will obtain the LIVEME HOT LIVE profile and if the requested content is video call content, the accused instrumentality will obtain the LiveMe Video Call/chat profile. |



https://apps.apple.com/us/app/liveme-live-stream-video-chat/id1089836344



https://www.liveme.com/1v1chat



https://www.liveme.com/livehot

We will try to limit the storage of your personal information to the time necessary to serve the purpose(s) for which your personal information is processed, to enforce our agreements, policies or terms, to resolve disputes, or as otherwise required or permitted by law. Please contact us if you have any questions about our retention periods. While retention requirements can vary by country, we generally apply the retention periods noted below.

**Marketing.** We store information used for marketing purposes indefinitely until you unsubscribe. Once you unsubscribe from marketing communications, we add your contact information to our suppression list to ensure we respect your unsubscribe request.

**Activity Data.** We may store any information about your interactions on our Services or any content created, posted or shared by you on our Services (e.g. videos, comments, support tickets, and other content) indefinitely after the closure of your account for the establishment or defense against legal claims, audit and crime prevention purposes.

https://www.liveme.com/protocol/privacy.html

| | |
|---|---|
| identify the content, in the entity profile, by matching the first identifier to a second identifier associated with the content stored in the entity profile;<br><br>**Col 25, 26: lines 62-67, 1:**<br><br>*Station profile 800 may store previous content information 803 c, which may identify content that has been broadcasted by broadcast* | The accused instrumentality discloses identifying the content (e.g., livestream or video call content), in the entity profile (e.g., LiveMe Video Call profile, LIVEME HOT LIVE profile, etc.), by matching the first identifier (e.g., artist, channel name, fans, following, etc.) to a second identifier (e.g., artist, channel name, fans, following, etc. that is stored on LiveMe Video Call, LIVEME HOT LIVE, etc. ), associated with the content (e.g., livestream or video call content) stored in the entity profile (e.g., LiveMe Video Call profile, LIVEME HOT LIVE profile, etc.).<br><br>As shown below, the accused instrumentality is a live streaming and social platform that provides live and video call content to users. When a user device enabled with the accused instrumentality performs login and sends a request to join a livestream or video call, the processor of the accused instrumentality server obtains the relevant entity profile, such as the LIVEME HOT LIVE profile or LiveMe Video Call profile based on whether the content is livestream or video call content. It then identifies the content on the entity platform by matching the artist, channel name, fans, following, etc. with the content information already stored on entity platform such as LiveMe Video Call, LIVEME HOT LIVE, |

| | |
|---|---|
| *station 150. For example, previous content information 803 c may include a content name, artist, author, date, start time, end time, duration, previous schedule, show, etc.* and/or any other information associated with content that has been broadcasted by broadcast station 150. | etc.<br><br><br><br>https://www.liveme.com/1v1chat<br><br><br><br>first identifier associated with the content<br><br>https://www.liveme.com/1v1chat |



https://www.liveme.com/livehot



https://www.liveme.com/livehot

| | |
|---|---|
| obtain the copy of the content to enable the user device to access the copy of the content based on the identifying the content in the entity profile; | The accused instrumentality discloses obtaining the copy of the content (e.g., livestream or video call content) to enable the user device (e.g., user device enabled with the accused instrumentality) to access the copy of the content (e.g., livestream or video call content) based on the identifying the content (e.g., livestream or video call content) in the entity profile (e.g., LiveMe Video Call profile, LIVEME HOT LIVE profile, etc.).

As shown below, the accused instrumentality is a live streaming and social platform that provides live and video call content to users. When a user device enabled with the accused instrumentality performs login and sends a request to join a livestream or a video call, the processor of the accused instrumentality server obtains the relevant entity |

profile, such as the LiveMe Video Call profile or the LIVEME HOT LIVE profile based on whether the content is live or video call content. It then identifies and obtains the content by matching the artist, channel name, fans, following, etc. with the content information already stored on entity platform such as LiveMe Video Call, LIVEME HOT LIVE, etc.



https://apps.apple.com/us/app/liveme-live-stream-video-chat/id1089836344



https://www.liveme.com/1v1chat



https://www.liveme.com/livehot

| | |
|---|---|
| send, to the user profile, a notification indicating that the user device is authorized to access to the content. | The accused instrumentality discloses sending to the user profile, a notification (e.g., access to join a livestream or video call content) indicating that the user device (e.g., user device enabled with the accused instrumentality) is authorized (e.g., authorized based on type of subscription, etc.) to access to the content (e.g., livestream or video call content) . |
| **Col 27: lines 56-65:** | As shown below, the accused instrumentality is a live streaming and social platform that |

| | |
|---|---|
| *Capture button* **904** *may enable a user to capture content. For example, in the event that a user desires to capture the content being broadcast (e.g., John Doe's Love Song, as in FIG. 9),* <u>*a user may select capture button* **904** *(e.g. a single button), which may cause user device* **110** *to send a request for content to application server* **160***. As further described below, user device* **110** *may receive an identifier, a key, and/or authorization associated with the content (enable user device* **110** *to access and play the content)*</u> *and/or a copy of the content such that it is available to the user.* | provides live and video call content to users. A user can create an account on the accused instrumentality and select a type of subscription, such as weekly, monthly or quarterly. When a user device enabled with the accused instrumentality performs login and sends a request to the server to join a livestream or video call, the processor of the accused instrumentality server obtains an entity profile such as LIVEME HOT LIVE, LiveMe Video Call, etc. based on type of content such as live or video call content and also obtains a user profile associated with the user device that includes user name, login credentials, type of subscription, etc. Based on obtained entity profile and user profile, it will identify the content and provide authorization to the user to access/play the content. |

| | |
|---|---|
| <u>Col 27: lines 45-52:</u><br><br>*In one non-limiting example, in the event that the content is leased and/or rented, the key may be associated with a lease that expires after a period of time. Expiration of the key may preclude user device **110** from decoding the content, playing the content, downloading or streaming the content, or may cause an indicator and/or <u>notification (that indicates that access has been granted to the content</u>) to be removed from the user profile.* | <br><br>https://apps.apple.com/us/app/liveme-live-stream-video-chat/id1089836344 |

LiveMe Subscription Plans – Exclusive Perks and Features
Me+ Membership
 Weekly: $4.99
 Monthly: $17.99
 Quarterly: $44.99
Me+ Gold Premium Membership
 Weekly: $9.99
 Monthly: $34.99
 Quarterly: $89.99

# LiveMe Subscriptions – Unlock Exclusive Perks
LiveMe Gold Subscription
Showcase your unique style with NFT-powered avatars and exclusive hexagon frames!
Subscription Fee: $2.99/month
LiveMe Creator Subscription
Support your favorite creators and enjoy exclusive perks:
Access premium content and closer interactions for just $4.99/month.
Manage or cancel subscriptions anytime through your app store settings.
https://www.liveme.com/protocol/terms.html

https://apps.apple.com/us/app/liveme-live-stream-video-chat/id1089836344



https://www.liveme.com/



https://www.liveme.com/



https://www.youtube.com/watch?v=6HtzZC125Cg



https://www.liveme.com/livehot



https://www.liveme.com/1v1chat

LiveMe (referred to as "Company," "we," "us," or "our") are committed to safeguarding the personal information it collects when you use our website at www.liveme.com (the "Site"), mobile applications that hyperlink to this Policy (the "Apps") and together, the "Services". This Privacy Policy describes our personal data handling practices in relation to the Services. If you have any questions about this Policy, please contact us at service.global@liveme.com, with a copy to: legal@liveme.com.

https://www.liveme.com/protocol/privacy.html

**3. Information Collected**

In this Policy, the term "Personal Information" includes any information that identifies or makes an individual identifiable. Our primary purpose in collecting your personal information is to optimize and enhance your LiveMe experience. Please do not share special categories of personal information when using our Services. Examples of "special categories of personal information" include information related to racial or ethnic origin, political opinions, religious or physiological beliefs, health, biometrics or genetic characteristics, criminal background or trade union membership or data concerning data subject's sex life or sexual orientation.

When you access or use our Services, we may generally collect the personal information described below.

1. **Information you provide us directly:**

2. **Registration Information and Profiles.** LiveMe will allow you, the end user, to use your email address or a third party platform account to register in the Services and create an account. When you create an account, we may collect the personal information you provide to LiveMe, such as your name, gender, date of birth, username, password, email address, picture, or phone number and so on. We also collect the information from the third party account which can be used to identify you.

3. **User Content.** We collect the content, communications and other information you provide when you use our Services, including when you create, post or share your photo, voice, videos, messages or communications in our Services,  whether displayed publicly or not. Your posted content is still under your control after you post, and you can choose whether you want to continue to post, display or delete such materials.

https://www.liveme.com/protocol/privacy.html

If you choose to use the Services or provide your information to us, your personal information may be transferred to, processed and maintained on servers or databases located outside of the country or jurisdiction where you are located. Such countries or jurisdictions may have data protection laws that are less protective than the laws of the jurisdiction in which you reside. If you do not want your information transferred to or processed or maintained outside of the country or jurisdiction where you are located, you should not use the Services.

| | https://www.liveme.com/protocol/privacy.html |
| --- | --- |
| | We will try to limit the storage of your personal information to the time necessary to serve the purpose(s) for which your personal information is processed, to enforce our agreements, policies or terms, to resolve disputes, or as otherwise required or permitted by law. Please contact us if you have any questions about our retention periods. While retention requirements can vary by country, we generally apply the retention periods noted below. |
| | **Marketing.** We store information used for marketing purposes indefinitely until you unsubscribe. Once you unsubscribe from marketing communications, we add your contact information to our suppression list to ensure we respect your unsubscribe request. |
| | **Activity Data.** We may store any information about your interactions on our Services or any content created, posted or shared by you on our Services (e.g. videos, comments, support tickets, and other content) indefinitely after the closure of your account for the establishment or defense against legal claims, audit and crime prevention purposes. |
| | https://www.liveme.com/protocol/privacy.html |